DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN FILIAS** and **MARIE A. FILIAS,**
Appellants,

v.

**DR. ANGELO E. GOUSSE, M.D., JAMES A. CELESTIN, A.R.N.P., MARIELA SANDI, P.A.C.,** and **GOUSE UROLOGY LLC,** d/b/a
**BLADDER HEALTH AND RECONSTRUCTIVE UROLOGY INSTITUTE,**
Appellees.

No. 4D2023-2351

[September 25, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE-18-024872.

Marie G. Vital, Miami, for appellants.

Wendy F. Lumish of Bowman and Brooke LLP, Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE, JJ., and SHEPHERD, CAROLINE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***